UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| RONALD GENE OTTO,<br><br>    Petitioner,<br><br>  v.<br><br>TIM BUSBY, Warden,<br><br>    Respondent. | ED CV 12-01020-PA (SH)<br><br>JUDGMENT |

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 30, 2012

                                            PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE